**Appeal Dismissed and Memorandum Opinion filed October 15, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00647-CR

## WILLIAM  CHARLES  WINGATE, Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 232nd District Court
### Harris County, Texas
### Trial Court Cause No. 718143

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal of the trial court's denial of appellant's motion to obtain documents and trial records in forma pauperis.

In Texas, appeals in criminal cases are permitted only when they are specifically authorized by statute. *State ex rel. Lykos*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011); *see* Tex. Code Crim. Proc. art. 44.02. Generally, a criminal defendant may only appeal from a final judgment. *See State v. Sellers*, 790 S.W.2d

316, 321 n.4 (Tex. Crim. App. 1990). The courts of appeals do not have jurisdiction to review interlocutory orders in a criminal appeal absent express statutory authority. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *see also Ragston v. State*, 424 S.W.3d 49 (Tex. Crim. App. 2014).

The denial of a motion to obtain documents is not a separately appealable order. Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.

Do Not Publish — Tex. R. App. P. 47.2(b).